UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PACIFIC FRUIT INC.,

            Plaintiff,

    -against-

LONG ISLAND BANANA CORP., THOMAS J.
HOEY, individually and in his corporate capacity,
THOMAS J. HOEY, JR., individually and in his
corporate capacity, and DOES 1-10, individually
and in their corporate capacity,

            Defendants.
-----------------------------------------------------------------X
FRUIT IMPORTERS AMERICAS, INC.,

            Plaintiff,

    -against-

LONG ISLAND BANANA CORP., THOMAS J.
HOEY, individually and in his corporate capacity,
THOMAS J. HOEY, JR., individually and in his
corporate capacity, and DOES 1-10, individually
and in their corporate capacity,

            Defendants.
-----------------------------------------------------------------X

Case No. 11-cv-5650(JS)(ETB)

ECF Case

Consolidated with:

Case No. 11-cv-5651

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

S I R S:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiffs, PACIFIC FRUIT INC. and FRUIT IMPORTERS AMERICAS, INC., and the Defendants, LONG ISLAND BANANA CORP., THOMAS J. HOEY, individually and in his corporate capacity, THOMAS J. HOEY, JR., individually and in his corporate capacity, an, in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been

appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued with prejudice without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 7, 2013
White Plains, New York

| JOHN GRIMMER & ASSOCIATES | TRIVELLA & FORTE, LLP |
|---|---|
| BY: DANIEL F. PAIGE, ESQ. | BY: CHRISTOPHER A. SMITH, of Counsel |
| *Attorneys for the Plaintiffs* | *Attorneys for the Defendants* |
| One Battery Park Plaza, 18th Fl | 1311 Mamaroneck Avenue, Suite 170 |
| New York, NY 10004 | White Plains, New York 10605 |
| (212) 837-6663 | Tel. No.: (914) 949-9075 |